## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Anthony D. Williams, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 1:16-3043 |
| ) | |
| vs. ) | |
| ) | |
| Loretta Lynch, et al., ) | |
| ) | |
| Defendants. ) | **ORDER** |
| ) | |

Defendants have moved before the Honorable Shiva Hodges, United States Magistrate Judge, for the appointment of another magistrate judge to serve as a mediator in this matter. (Dkt. No. 86). For good cause shown, the motion is granted. The Court hereby appoints the Honorable Kevin McDonald, United States Magistrate Judge, as mediator in this matter. The parties are directed to communicate with Judge McDonald within ten days of this order concerning the scheduling of mediation in this matter. Judge McDonald's address is as follows:

> Kevin F. McDonald
> United States Magistrate Judge
> 300 East Washington Street
> Suite 300
> Greenville, South Carolina 29601

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

August 10, 2017
Charleston, South Carolina