IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Anthony D. Williams, | ) | C/A No. 1:16-cv-3043-DCC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Mrs. Bennett, | ) | |
| Defendant. | ) | |

Plaintiff, an inmate, alleges a violation of his civil rights pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, 397 (1971). By Order dated August 30, 2018, the undersigned granted in part and denied in part Defendants' motion for summary judgment. In reviewing Plaintiff's claim for excessive force against Defendant, it appears to the Court that this pro se litigant has a colorable claim but lacks the capacity to properly present such claims. *Zuniga v. Effler*, 2012 WL 2354464 (4th Cir. 2012). In such a circumstance, the Court has the discretion to appoint counsel for the pro se litigant if the party is unable to afford counsel. 28 U.S.C. § 1915(e). The Court finds that appointment of counsel is proper under these circumstances and appoints Thomas Williams McGee, III, of Nelson Mullins Riley & Scarborough LLP as counsel for Plaintiff.

     IT IS SO ORDERED.

s/Donald C. Coggins, Jr.
United States District Judge

September 14, 2018
Spartanburg, South Carolina

1